# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

ORLANDO Division

GERRARD JONES

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SGT. TEXIERA

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:23cv1738 PGB-DCI
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: GERRARD D. JONES
   Address: 1207 E. HOLLAND AVE, APT B
   TAMPA, FLORIDA 33612
   City / State / Zip Code
   County: HILLSBOROUGH
   Telephone Number: 813.412.9901
   E-Mail Address: TrinityJefferson6@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: SGT. TEXIERA
   Job or Title (if known): PRISON GUARD
   Address: 3950 TIGER BAY ROAD
   DAYTONA BEACH, FL. 32124
   City / State / Zip Code
   County: VOLUSIA
   Telephone Number: (386) 323-1070 (PRISON)
   E-Mail Address (if known): UNKNOWN
   [X] Individual capacity  [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City / State / Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity  [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

    _____ _____ _____
    *City*            *State*          *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

    _____ _____ _____
    *City*            *State*          *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

(Defendant No. 3 and No. 4 sections crossed out with large X)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MY 4TH AND 8TH AMENDMENT U.S. CONSTITUTIONAL RIGHTS

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SGT. TEXIERA IS A PRISON GUARD FOR THE FLORIDA DEPT. OF CORRECTIONS AND WHILE ACTING IN THAT CAPACITY, HE STOLE AND TORE UP MY PROPERTY (U.S. MAIL/COURT DOCUMENTS). HE ALSO INTENTIONALLY INJURED ME BY POKING ME IN MY EYE AND HE BROUGHT ANOTHER INMATE IN MY CELL TO KILL OR INJURE ME AND ASSAULT ME.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

SEE PAGES 4-A THRU 4-E.

B. What date and approximate time did the events giving rise to your claim(s) occur?

SEE PAGES 4-A THRU 4-E.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE PAGES 4-A THRU 4-E.

SWORN FACTS

1. I WAS A PRISONER (#503034) IN 2021 AND WAS IMPRISONED AT TOMOKA PRISON, AND SGT. TEXIERA WORKED THERE AS A GUARD.

2. PREVIOUS TO MY 2021 STINT AT TOMOKA, I HAD BEEN IMPRISONED AT SANTA ROSA PRISON, AND HAD BEEN BRUTALLY ATTACKED THERE BY 5 PRISON GUARDS ON 8-18-2015. ONE GUARD, MARK GOLDHAGEN, STUCK A METAL PEN INTO MY RECTUM. I AM CURRENTLY SUING THOSE 5 SANTA ROSA GUARDS, AND SGT. TEXIERA IS FRIENDS WITH MARK GOLDHAGEN, AND BOTH ARE "KKK" MEMBERS. (THAT SANTA ROSA LAWSUIT IS #3:18-CV-155).

3. WHILE IN CONFINEMENT AT TOMOKA, ON AUGUST 8, 2021, I GAVE THE INMATE ORDERLY ("FLAV") A LEGAL DOCUMENT REGARDING THE Santa Rosa LAWSUIT SO IT COULD BE COPIED, BECAUSE SGT. TEXIERA'S "POLICY" WAS THAT HIS CONFINEMENT WORKER/ORDERLY WOULD THEN WALK THE LEGAL DOCUMENT OVER TO THE LAW LIBRARY TO BE GIVEN TO LAW CLERKS FOR COPYING, THEN RETURNED TO ME.

(4-A)

4. HOWEVER, UNKNOWN THEN TO ME, SGT. TEXIERA HAD ORDERED HIS ORDERLY ("FLAV") TO BRING HIM (SGT. TEXIERA) ALL LEGAL DOCUMENTS THAT I WOULD SEND TO THE COURTS ABOUT THE SANTA ROSA LAWSUIT.

5. I GAVE "FLAV" SOME LEGAL DOCUMENTS (ABOUT THE SANTA ROSA CASE) AND "FLAV" CAME AND TOLD ME THAT SGT. TEXIERA HAD TORN UP ALL MY COURT PAPERS THAT I HAD GIVEN "FLAV".

6. I THEN YELLED DOWN THE HALL WHERE SGT. TEXIERA WAS, AND I WAS COMPLAINING ABOUT HIM SEIZING MY LEGAL MAIL AND FOR DESTROYING IT. BUT, WHEN SGT. TEXIERA CAME BY, HE TOLD ME THAT EVERYTIME I SEND SOMETHING OUT, HE WOULD TEAR IT UP, IF IT WAS AGAINST HIS "BROTHER" GOLDHAGEN. TEXIERA "BRAGGED" ABOUT BEING IN "KKK."

7. I PERSISTED IN ASKING FOR MY DOCUMENTS, AND I TIMELY FILED GRIEVANCES ABOUT THIS SITUATION, AND SGT. TEXIERA BEGAN COMING DOWN THE HALLWAY TO MY CELL, THREATENING TO MACE, BEAT AND KILL ME, IF I KEPT GOING ON ABOUT HIM DESTROYING MY LEGAL PAPERS. HE WENT AND GOT 5 OTHER WHITE GUARDS AND TOOK ME OUT MY CELL AND TOOK ME OFF CAMERA AND THREW ME INTO A BRICK WALL, INJURING ME.

(4-B)

8. SGT. TEXIERA MADE MORE THREATS TO KILL ME, AND, HE ALSO WAS LOUDLY YELLING TO ALL OTHER 50 CONFINED INMATES ON THE WING, THAT "LAWYERBOY" (PLAINTIFF'S PRISON NICKNAME) WAS "A CHILD MOLESTER WHO WAS IN PRISON FOR RAPING VERY YOUNG CHILDREN." (THAT, OF COURSE, IS 100% UNTRUE, AS PLAINTIFF HAS NEVER DONE ANYTHING LIKE THAT, EVER).

9. SGT. TEXIERA ALSO TOLD ME THEN THAT IF I DID NOT DROP MY LAWSUIT AGAINST HIS (KKK) "BROTHER" (GOLDHAGEN) THAT HE WOULD "GET ME HIT" (WHICH MEANS STABBED/KILLED) BY AN INMATE.

10. I KEPT YELLING AT TEXIERA, TELLING HIM TO RETURN MY LEGAL PAPERS, AND HE STATED THAT HE WOULD "GET THE CAPTAIN", AND "HAVE ME GASSED" IF I DID NOT SHUT UP. I PERSISTED. (I TIMELY FILED A GRIEVANCE AND A SUPPLEMENT TO IT.)

11. THEN, ON 8-9-2021, TEXIERA CAME TO MY CONFINEMENT CELL, WITH NO OTHER OFFICER, BUT HAD A BIG INMATE (BLACK) WITH HIM. TEXIERA ORDERED ME TO STAND BACK, AND THE INMATE ENTERED MY CELL AND HAD A KNIFE, AND TEXIERA WAS SAYING THE INMATE WOULD KILL ME FOR TEXIERA. TEXIERA THEN POKED ME VERY HARD IN THE EYE WITH HIS FINGER, AND VARIOUS MEDICAL STAFF HAS ADVISED ME, I NEED EYE SURGERY, DUE TO THESE INJURIES.

(4-C)

12. TEXIERA HAD THE INMATE TO TAKE MY MATTRESS TOO. I WAS IN EXCRUCIATING PAIN FROM BEING POKED BY TEXIERA. THAT ALSO CAUSED ME ANXIETY, MENTAL ANGUISH, AND PHYSICAL SUFFERING.

13. TEXIERA'S ACTS WERE INTENTIONAL AND INTELLIGENTLY CARRIED OUT TO INJURE AND TERRIFY ME, AND DID ACCOMPLISH SAME.

14. I WENT TO MEDICAL, DAYS LATER, AND WAS DIAGNOSED WITH SEVERE INJURY TO MY EYE. ALSO, I SUFFER ADDITIONAL "PTSD", AS A DIRECT RESULT OF TEXIERA TERRORIZING ME, AND TEXIERA BRINGING AN INMATE INTO MY CELL TO KILL ME.

15. ALL OF THIS IS "ON CAMERA, AND AUDIO", ON 8-8-21 AND 8-9-21, AND, I DID TIMELY FILE GRIEVANCES, SUPPLEMENTS, AND ALL APPEALS TO PROPERLY EXHAUST ALL PROPER ADMINISTRATIVE REMEDIES.

16. MOREOVER, TEXIERA VIOLATED F.D.O.C. POLICY/RULES/PROCEDURES, BY ENTERING MY CELL WITHOUT ANOTHER STAFF MEMBER PRESENT, AND BY BRINGING HIS "INMATE HITMAN" INTO MY CELL. ALL THIS IS ON E-DORM CAMERAS.

(4-D)

17. I RETAIN THE RIGHT TO AMEND THIS LAWSUIT, TO ADD FACTS AND OTHER PARTIES, AS I SEEK "DISCOVERY" OF OTHER VITAL INFORMATION.

RELIEF SOUGHT

18. I SEEK "DECLARATORY RELIEF", FOR A FINDING THAT TEXIERA VIOLATED MY 4th AND 8th AMENDMENT RIGHTS, AS ARTICULATED FACTUALLY HEREIN, AND NOMINAL DAMAGES.

19. I SEEK "COMPENSATORY DAMAGES" IN THE AMOUNT OF $1,000,000.00 (ONE-MILLION DOLLARS) TOTAL, AND NOMINAL DAMAGES.

20. I SEEK "PUNITIVE DAMAGES" IN THE AMOUNT OF $25,000,000.00 (TWENTY-FIVE MILLION DOLLARS) TOTAL, TO PUNISH AND DETER DEFENDANT TEXIERA FROM COMMITTING FUTURE VIOLATIONS OF THE KIND LISTED HEREIN, AND, I SEEK NOMINAL DAMAGES HERE ALSO.

21. JURY TRIAL, ON ALL ISSUES SO TRIABLE, AND, UPON PREVAILING HEREIN; ATTORNEYS COSTS AND FEES AS WELL AS ALL OTHER COSTS/FEES INCURRED AS A RESULT OF THE NECESSITY OF FILING AND LITIGATING THIS LAWSUIT AND RELATED HERETO. IT IS SO PRAYED.

(4-E)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE PAGES 4-A THRU 4-E.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE PAGES 4-A THRU 4-E.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-30-23

Signature of Plaintiff: _____ (28 USC 1746(2) OATH)
Printed Name of Plaintiff: GERRARD D. JONES

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

      City    State  Zip Code

Telephone Number
E-mail Address

