GERRARD
1207 E. HOLLAND AVENUE
APT. "B"
TAMPA, FLORIDA 33612

CLERK OF COURT
MIDDLE DISTRICT
(ORLANDO DIVISION)
401 W. CENTRAL BLVD.
ORLANDO, FLORIDA
32801

32801-040199