UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,
        PLAINTIFF,                    CASE # 6:23-CV-01738 PGB/DCI
    -V-

SGT. TEXIERA,
    DEFENDANT.

PLAINTIFF'S MOTION FOR A RULING ON "IFP" STATUS,
AND * NOTICE OF CHANGE OF ADDRESS

COMES NOW PLAINTIFF, GERRARD JONES, PRO SE,
AND STATES:
1. PLAINTIFF ASKS FOR A RULING ON "IFP" STATUS.

2. PLAINTIFF NOTIFIES THIS COURT OF HIS NEW ADDRESS:

        CERTIFICATE OF SERVICE
    I CERTIFY AN ORIGINAL WAS SENT BY U.S. MAIL
    ON 9-26-23 TO:
(ORIGINAL)
    CLERK OF COURT
    M.D. FLA. (ORLANDO)
    401 CENTRAL BLVD.
    ORLANDO, FL.                      By Gerrard Jones
        33801                         GERRARD JONES
                                      1712 E. CAYUGA ST.
                                      TAMPA, FL. 33610