GERRARD JONES
1712 E. CAYUGA STREET
TAMPA, FLORIDA
33610

CLERK OF COURT
M.D. FLA. (ORLANDO)
401 W. CENTRAL BLVD.
ORLANDO FL 32801

