UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(ORLANDO DIVISION)

GERRARD JONES, PLAINTIFF,
— V —
SGT. TEXIERA, DEFENDANT.

CASE # 6:23-CV-1738-PGB-DCI

PLAINTIFF'S NOTICE THAT HE WILL NOT BE AMENDING THE COMPLAINT AS INVITED BY THE COURT'S 9-29-23 ORDER. PLAINTIFF ASKS THAT IT BE SERVED AS IS, AND; NOTICE OF PLAINTIFF'S COMPLIANCE WITH SENDING IN TWO COPIES OF THE 3 FORMS TO SERVE.

COMES NOW PLAINTIFF, GERRARD JONES, PRO SE, STATING:

1. PLAINTIFF WILL PROCEED "AS IS" ON THE ORIGINAL COMPLAINT.
2. PLAINTIFF ENCLOSES THE 3 FORMS. (2 COPIES OF EACH).

GERRARD JONES

CERTIFICATE OF SERVICE

PLAINTIFF, GERRARD JONES, CERTIFIES THAT HE SENDS THIS PLEADING AND THE PAPERS (AS ORDERED), BY U.S. MAIL THIS 5th DAY OF OCTOBER 2023 TO:

CLERK OF COURT
M.D. FLA (ORLANDO)
401 W. CENTRAL BLVD
SUITE #1200
ORLANDO, FL.
32801-0120

GERRARD JONES
1712 E. CAYUGA STREET
TAMPA, FLORIDA
33610
PH. 813.465.2726