GERRARD JONES
1712 E. CAYUGA STREET
TAMPA, FL. 33610

TAMPA FL 335
SAINT PETERSBURG FL
5 OCT 2023 PM 4 L

To: CLERK OF COURT
M.D. FLA.
ORLANDO DIVISION
401 W. CENTRAL BLVD #1200

32801801288
32801-81288