UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                         Case No.  6:23-cv-1738-PGB-DCI

SERGEANT TEXIERA,

    Defendant.
_____/

**ORDER DIRECTING SERVICE OF PROCESS BY CERTIFIED MAIL**

The Court screened Plaintiff's civil rights complaint (Doc. 1) and determined that the case may proceed on Plaintiff's individual capacity retaliation and excessive force claims against Sergeant Texiera.

Plaintiff returned the necessary service forms. The **Clerk of Court** is directed to perfect the forms for service by certified mail to Defendant Texiera and to provide the necessary paperwork to the United States Marshal.

1. Within **THIRTY (30) DAYS** from the date of this Order, the United States Marshal shall send, by certified mail, one copy of the civil rights complaint (Doc. 1), two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, and one copy of this order to Defendant Texiera.  The Marshal shall fill in the date of mailing in the blanks at the end of the Notice of Lawsuit and Request for Waiver of Service of Summons that reads: "I affirm that this request is being sent to you on behalf of the plaintiff, this day of _____." The Marshal shall send Defendant Texiera a

stamped, self-addressed envelope for returning the Waiver of Service of Summons to the Court. All costs of mailing shall be advanced by the United States.

2.     Defendant Texiera shall have **THIRTY (30) DAYS** from the date that the Waiver of Service of Summons was sent to return the Waiver of Service of Summons, if Defendant Texiera chooses to do so. If Defendant Texiera chooses to return the Waiver of Service of Summons, the addressed, stamped envelope provided should be used.

3.     If Defendant Texiera returns the Waiver of Service of Summons, Defendant Texiera shall have **SIXTY (60) DAYS** from the date that the Waiver of Service of Summons was sent in which to answer or otherwise respond to the complaint.

4.     If Defendant Texiera does not return the Waiver of Service of Summons within thirty days, the Marshal will be directed by separate Order to proceed with personal service of process on Defendant Texiera and to charge Defendant Texiera for the costs of service. Defendant Texiera shall then have only twenty days from the date of service of process to answer or otherwise respond to the amended complaint.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2023.

Copies furnished to:
Unrepresented Party

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE