# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** GERRARD JONES | **COURT CASE NUMBER** 6:23-CV-1738-PGB-DCI |
| **DEFENDANT** SERGEANT TEXIERA | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TOMOKA CORRECTIONAL INSTITUTION (SERGEANT TEXIERA)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3950 TIGER BAY ROAD, DAYTONA BEACH, FL 32124

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
GERRARD JONES, PLAINTIFF
1712 E. CAYUGA STREET
TAMPA, FL 33610

Number of process to be served with this Form 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED - USDC - FLMD - ORL
DEC 26 2023 AM 8:34

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 813.465.2726
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 18
District to Serve No.: 18
Signature of Authorized USMS Deputy or Clerk:
Date:

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 12/15/23  Time: 12:00 [X] pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy:

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**
- Mailed through U.S. Postal Service Certified mail to above listed address and received. PS Form 3811 proof of delivery attached.

RECEIVED USMS ORLANDO
2023 NOV 30 PM 4:35

Form USM-285
Rev. 03/21