# USPS Certified Mail Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Sergeant Texiera
3950 Tiger Bay road,
Daytona Beach, FL
32124

9590 9402 8419 3156 2496 11

**2. Article Number** *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature**
X [signature]
☐ Agent
☐ Addressee

**B. Received by** *(Printed Name)*: A. Sweeny
**C. Date of Delivery**: 12/15/23

**D. Is delivery address different from item 1?** ☐ Yes / ☐ No
If YES, enter delivery address below:

FILED - USDC - FLMD - ORL
DEC 26 2023 AM 8:34

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



9590 9402 8419 3156 2496 11

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

401 W. Central BlVD
Suite 2300
Orlando, FL 32801