UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                       Case No. 6:23-cv-1738-PGB-DCI

SERGEANT TEXIERA,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court on an unexecuted summons and a notice filed by the United States Marshals Service indicating that service of process on Sergeant Texiera was ineffective because Defendant Texiera has transferred from Tomoka Correctional Institution. (Docs. 11, 12).

Therefore, to expedite service of process, the Court asks the FDOC to provide Defendant Texiera's current place of employment and last known personal address in confidence to the United States Marshals Service:[1]

---

[1] The contact information for the United States Marshals Service in Orlando, Florida is: (1) U.S. Marshal Service, George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Suite 2-300, Orlando, Florida 32801-0230 and (2) (407) 316-5700.

1. Within **TWENTY-ONE (21) DAYS** after the date of this Order, the Office of the General Counsel for the FDOC is requested to either:

    a. inform the United States Marshals Service in Orlando, Florida, in confidence of the current place of employment and last known personal address of Defendant Texiera and notify the Court that it has done so; or

    b. notify the Court that it is unable to produce Defendant Texiera's last known address and why.

2. Within **TWENTY-ONE (21) DAYS** after the date of this Order, Plaintiff must provide any alternative information he has to effect service of process on Defendant Texiera. **Plaintiff is cautioned that if the Marshal is unable to locate and serve Defendant Texiera, Plaintiff's failure to provide further information (or failure to provide information that leads to successful service of process on Defendant Texiera) may result in dismissal without prejudice of Plaintiff's case against Defendant Texiera, under Rule 4(m) of the Federal Rules of Civil Procedure.**

3. Within **FIVE (5) DAYS** of receipt of Defendant Texiera's employment location and last known personal address or other communication from the FDOC, the United States Marshals Service shall notify the Court. The Court will then issue further instructions for service of process.

4. **The United States Marshals Service shall protect the confidentiality of any address provided by the FDOC Office of General Counsel as required by Florida law and shall not disclose to anyone outside the Court any such information on any document provided to it.**

5. The Clerk of Court shall mail a copy of this Order to the Florida Department of Corrections, Office of the General Counsel, 501 South Calhoun Street, Tallahassee, Florida 32399-2500. The Clerk shall also provide a copy of the Order to the United States Marshals Service.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
FDOC, Office of the General Counsel