IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,        CASE # 6:23-CV-1738
  PLAINTIFF,                    PGB-DCI
   -v-
SERGEANT TEXIERA,
  DEFENDANT /

PLAINTIFF NOTICE THAT PLAINTIFF HAS NO OTHER MEANS TO GET DEFENDANT SERVED WITH LAWSUIT

COMES NOW PLAINTIFF, GERRARD JONES, PRO SE, STATING:

1. BY ORDER OF 2-13-24 (RECEIVED BY PLAINTIFF ON 2-20-24) THIS COURT DIRECTED PLAINTIFF TO "PROVIDE ANY ALTERNATIVE INFORMATION PLAINTIFF HAS TO EFFECT SERVICE OF PROCESS ON DEFENDANT."

2. PLAINTIFF RESPECTFULLY INFORMS THIS COURT THAT HE HAS NO OTHER METHOD AND NO OTHER INFORMATION TO SERVE DEFENDANT, AND, THAT DEFENDANT'S HOME ADDRESS IS OFF LIMITS TO PLAINTIFF, DUE TO THE "INMATE/OFFICER" NATURE OF THIS CASE.

CERTIFICATE OF SERVICE
I DECLARE UNDER PENALTY OF PERJURY 28 U.S.C. 1746(2) THAT I HAVE READ THIS AND ALL FACTS ARE TRUE. THIS WAS SENT 3-4-24 TO:

/s/ [signature]
GERRARD JONES
1712 E. CAYUGA ST.
TAMPA, FL. 33610
(PH.) 813.323.1294

✓ CLERK OF COURT @
  401 W. CENTRAL BLVD, #1200, ORLANDO, FL. 32801

/s/ [signature]
GERRARD JONES