**NAME** GERRARD JONES

**ADDRESS** 1712 E. CAYUGA STREET

**CITY / STATE** TAMPA, FL.

**ZIP CODE** 33610

(LEGAL MAIL)

TAMPA FL 335
SAINT PETERSBURG FL
19 MAR 2024 PM 7  L

CLERK OF COURT
M. D. ORLANDO
401 W. CENTRAL BLVD #1200
ORLANDO, FL. 32801

32801-040199

AF (10/15)

