AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-01738-PGB-DCI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Johnathan Teixeira
was received by me on *(date)* 3/29/24 .

☒ I personally served the summons on the individual at *(place)* [redacted]
[redacted] on *(date)* 4/5/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4/5/24

*Server's signature*

Daniel Andujar  Deputy US Marshal
*Printed name and title*

2110 First ST, Ft Myers, FL 33901
*Server's address*

Additional information regarding attempted service, etc: