# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Gerrard Jones,

    Plaintiff,

v.                                                                         Case No. 6:23-CV-1738

Sergeant J. Teixeira,

    Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL AND E-MAIL DESIGNATION

Notice is hereby given that Jessica Schwieterman, Senior Assistant Attorney General, appears as counsel on behalf of Defendant, Sergeant J. Teixeira. Please forward all pleadings and other such documents to the undersigned counsel at the address shown below.

In accordance with Fla. R. Civ. P. 1.080 and Fla. R. Jud. Admin. 2.516, counsel for the Defendant hereby designates his Primary and Secondary E-mail addresses as follows:

Primary:        Jessica.Schwieterman@myfloridalegal.com

Secondary:    Victoria.Lingua@myfloridalegal.com

                      Tahyolis.Valero@myfloridalegal.com

and requests that copies of all orders, process, pleadings, and other documents filed or served in

this matter be served on his at the Primary and Secondary E-Mail addresses listed above, with such service e-mail complying with Rule 2.526(b)(I)(E).  **Where service of hard copies is made, in addition to or in lieu of the e-mail service required by Rule 2.516 (b)(I)(A), counsel hereby designates the physical address listed below as her address of record.  Counsel requests that all orders, process, pleadings, and other documents filed or served by hard copy in this matter be served on his physical address of record.**

        Respectfully Submitted,

        **ASHLEY MOODY**
        **ATTORNEY GENERAL**

        <u>/s/ Jessica Schwieterman</u>
        Jessica Schwieterman
        Senior Assistant Attorney General
        Florida Bar No. 116460
        Office of the Attorney General
        3507 E. Frontage Road, Suite 150
        Tampa, FL 33607
        T - (813) 233-2880; F - (813) 281-1859
        Jessica.Schwieterman@myfloridalegal.com
        Victoria.Lingua@myfloridalegal.com
        Tahyolis.Valero@myfloridalegal.com

### **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 23rd, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service. I further certify that I

caused to be mailed by First-Class U.S. Mail a copy of the foregoing document to

Plaintiff, *Pro se,* 1712 E Cayuga St, Tampa, FL 33610.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
