UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,

    Plaintiff,

v.                                                    Case No. 6:23-CV-1738

SERGEANT J. TEIXEIRA,

    Defendant.

_____/

**DEFENDANT SERGEANT J. TEIEXEIRA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**COMES NOW**, Defendant SERGEANT J. TEIXEIRA, by and through his undersigned counsel, hereby respectfully moves this Honorable Court for an extension of time up to and including May 28, 2024 (30 days), to respond to Plaintiff's Complaint. ECF No. 1. In support thereof, Defendant SERGEANT J. TEIXEIRA states as follows:

    1.    On or about September 8, 2023, Plaintiff GERRARD JONES, *pro se*, filed his Complaint for Violation of Civil Rights under 42 U.S.C. § 1983, alleging a violation of his Fourth Amendment and Eighth Amendment rights naming SERGEANT J. TEIXEIRA as a Defendant in his individual capacity.

    2.    On April 5, 2024, Defendant SERGEANT J. TEIXEIRA was served with a summons and a copy of the Complaint. ECF No. 18 and 19

3. Due to the nature of Plaintiff's claims, as well as the materials that must be researched and reviewed in order to prepare a proper response, Defendant needs an extension of time.

4. Defendant respectfully seeks an extension of time through May 28, 2024. This brief extension of time will give the undersigned counsel sufficient opportunity to review the Complaint, request and review all necessary materials relating to the underlying case and Plaintiff's allegations, and speak with any pertinent witnesses.

5. This Motion is made in good faith and not made for the purpose of delay. This is Defendant's first request for an extension of time and Plaintiff will not be prejudiced by the granting of this request. Furthermore, Plaintiff's consents to the brief extension, as detailed below, but not for the full 30 days.

6. This is the first such request for an extension of time by SERGEANT J. TEIXEIRA and is sought in good faith and not made for the purpose of delay of any other improper purpose.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure provides the mechanism for enlarging the time within which an act is required to be completed. If a motion for extension of time is filed before a deadline expires, the court may grant it for good cause. *See Heller Bros. Packing Corp. v. Illinois Union Ins. Co.*, No. 6:18-CV-1668-ORL-78DCI, 2020 WL 6270890, at *1 (M.D. Fla. Sept. 8, 2020)(citing Fed. R. Civ. P. 6(b)(1)(A)).

Based on the foregoing, undersigned counsel has demonstrated good cause for the relief requested in this Motion. Additional time is needed in order to gather and review all materials and prepare the response on behalf of the defendant. Plaintiff will not be prejudiced by the granting of this request for a brief extension, and counsel will have sufficient time to complete her review of all necessary materials relating to Plaintiff's allegations and speak with any pertinent witnesses.

**WHEREFORE**, Defendant respectfully moves this Honorable Court for an extension of time, up to and including May 28, 2024, in which to complete and file the response to Plaintiff's Complaint.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with Plaintiff on this motion via a phone call on April 25, 2024, while Plaintiff did agree with an extension of time for a response, he only agrees with an extension for twenty-five (25) days.

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
Florida Bar No. 116460
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
T - (813) 233-2880; F - (813) 281-1859
Jessica.Schwieterman@myfloridalegal.com
Victoria.Lingua@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I further certify that the foregoing is being served this day via First-Class U.S. Mail to: Plaintiff, Gerrard Jones, *Pro se*, 1712 E Cayuga St, Tampa, FL 33610.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
