# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Gerrard Jones,

    Plaintiff,

v.                                                                    Case No. 6:23-CV-1738

Sergeant J. Teixeira,

    Defendant.

_____/

## AMENDED NOTICE OF APPEARANCE OF COUNSEL AND E-MAIL DESIGNATION

To:   The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant Sergeant J. Teixeira.

    Respectfully Submitted,

    **ASHLEY MOODY**
    **ATTORNEY GENERAL**

    /s/ Jessica Schwieterman
    Jessica Schwieterman
    Senior Assistant Attorney General
    Florida Bar No. 116460
    Office of the Attorney General
    3507 E. Frontage Road, Suite 150
    Tampa, FL 33607
    T - (813) 233-2880; F - (813) 281-1859
    Jessica.Schwieterman@myfloridalegal.com
    Victoria.Lingua@myfloridalegal.com
    Tahyolis.Valero@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 26th, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service. I further certify that I caused to be mailed by First-Class U.S. Mail a copy of the foregoing document to Plaintiff, *Pro se,* Gerrard Jones, 1712 E Cayuga St, Tampa, FL 33610.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General