UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                              Case No.  6:23-cv-1738-PGB-DCI

TEIXEIRA,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court on Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint (Doc. 21).

Defendant Teixeira requests a thirty-day extension of time through May 28, 2024, to respond to the Complaint, citing a need for further review and investigation in relation to the allegations raised in the Complaint. (Doc. 21 at 2). Defendant notes that Plaintiff agrees only to a twenty-five-day extension. (Doc. 21 at 2–3). However, Plaintiff has not responded to the motion, and the time to do so has passed. *See* Local Rule 3.01(c), M.D. Fla. ("A party may respond to a motion within fourteen days after service of the motion. . . . If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Upon consideration, the Court finds that Defendant demonstrates good cause for the requested extension, the extension is not made for the purpose of delay, and there is no indication that Plaintiff will be prejudiced by the brief extension.

Accordingly, the Motion for Extension of Time to Respond to Plaintiff's Complaint (Doc. 21) is **GRANTED**. Defendant's deadline to respond to the Complaint is extended through and including **May 28, 2024**.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party