## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Gerrard Jones,

    Plaintiff,

v.                                                        Case No. 6:23-CV-1738-PGB-DCI

Sergeant J. Teixeira,

    Defendant.
_____/

### AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of May 2024, ECF No. 24. was filed in the CM/ECF system. The certificate of service on that document states that it was served on the date of filing. ECF No. 24. was not served on the 28th and I hereby certify that it is being served on the 29th day of May 2024 via First-Class U.S. Mail to: Plaintiff, Gerrard Jones, *Pro se*, 1712 E Cayuga St, Tampa, FL 33610.

                                      Respectfully Submitted,
                                      **ASHLEY MOODY**
                                      **ATTORNEY GENERAL**

                                      <u>/s/ Jessica Schwieterman</u>
                                      Jessica Schwieterman
                                      Senior Assistant Attorney General
                                      Florida Bar No. 116460
                                      Office of the Attorney General
                                      3507 E. Frontage Road, Suite 150
                                      Tampa, FL 33607
                                      T - (813) 233-2880; F - (813) 281-1859
                                      Jessica.Schwieterman@myfloridalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May 2024, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I further certify that the foregoing is being served this day via First-Class U.S. Mail to: Plaintiff, Gerrard Jones, *Pro se*, 1712 E Cayuga St, Tampa, FL 33610.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
