UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                                      Case No. 6:23-cv-1738-PGB-DCI

J. TEIXEIRA,

    Defendant.
_____/

**ORDER**

This cause is before the Court on the Motion to Dismiss (Doc. 24) filed by Defendant Sergeant J. Teixeira. Since Plaintiff is appearing *pro se*, he is advised out of an abundance of caution[1] that the granting of this motion would represent a final adjudication of this case against Defendant Teixeira, which may foreclose subsequent litigation on the matter.

Accordingly, it is **ORDERED** that Plaintiff shall have **TWENTY-ONE (21) DAYS** from the date of this order to file an opposition to the Motion to Dismiss. Thereafter, the Motion to Dismiss will be taken under advisement by the Court and an Order entered thereon without further notice.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2024.

Copies furnished to:

Counsel of Record
Unrepresented Party

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985) wherein the Court expressed concern about *pro se* litigants in Summary Judgment cases.