Mr. Gerrard Jones
Inmate # 2024-24895
520 Falkenburg Road Jail
Tampa, FL. 33619

MAILED FROM THE
HILLSBOROUGH COUNTY JAIL
For Inmate Information:
www.hcso.tampa.fl.us

(LEGAL MAIL)

Clerk of Court
U.S. Middle District
Orlando Division
401 W. Central Blvd.
Orlando, Florida
32801

3280180401 C016

