UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,

    Plaintiff,

v.

J. TEIXEIRA,

    Defendants.

Case No. 6:23-cv-1738-PGB-DCI

**NOTICE OF APPEARANCE AND
LEAD COUNSEL DESIGNATION**

Please take notice that Joshua Tarjan of The Tarjan Law Firm P.A. appears as lead counsel on behalf of Plaintiff Gerrard Jones.

The certificate of service for all pleadings, orders, and other papers in this action should include Joshua Tarjan, at the address set forth below.

Dated: August 23, 2024.

                          Respectfully submitted,

                          */s/ Joshua Tarjan*
                          Joshua Tarjan (FBN 107092)
                          THE TARJAN LAW FIRM P.A.
                          12372 SW 82 Avenue
                          Pinecrest, FL 33156
                          (305) 423-8747
                          (323) 243-3186 (cell)
                          (786) 842-4430 (fax)
                          josh@tarjanlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ Joshua Tarjan*  
Joshua Tarjan