UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD D. JONES,

     Plaintiff,

v.                                   Case No.  6:23-cv-1738-PGB-DCI

TEIXEIRA,

     Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court on Defendant's Motion to Dismiss (Doc. 24), Plaintiff's "Motion to Accept as Timely Filed the Accompanying . . . Reply to Defendant's Motion to Dismiss For Good Cause Shown" ("Motion to Accept Response," Doc. 27). Also before the Court is Petitioner's Consented First Amended Complaint for Damages ("Amended Complaint," Doc. 29), filed under Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Upon consideration, it is **ORDERED** that:

1. In light of Plaintiff's filing of the Amended Complaint, Defendant's Motion to Dismiss (Doc. 24) and Plaintiff's Motion to Accept response (Doc. 27) are **DENIED as moot**.

2. Defendant shall answer or otherwise respond to the Amended Complaint (Doc. 29) within **TWENTY-ONE (21) DAYS** after the date of this order. *See* Fed. R. Civ. P. 15(a)(3).

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2