UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,

    Plaintiff,

v.     Case No. 6:23-CV-1738-PGB-DCI

J. TEIXEIRA,

    Defendant.

_____

**PLAINTIFF'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒ No.

    a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☒ No.

    b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

&boxtimes;   No.

c. Is the filer an insurer?

&boxtimes;   No.

d. Is the filer a legal representative?

&boxtimes;   No.

e. Has the filer identified any corporation?

&boxtimes;   No.

f. Has the filer identified any natural person?

&boxtimes;   Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

&boxtimes;   Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Gerrard Jones, Plaintiff;
The Tarjan Law Firm P.A., Attorneys for Plaintiff;
Joshua Tarjan, Attorney for Plaintiff;
Johnathan Teixeira, Defendant;
Office of the Attorney General, Attorneys for Defendant; and
Jessica Schwieterman, Attorney for Defendant.

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

&boxtimes; No.

5. Is this a bankruptcy action?

&boxtimes; No.

6. Is this a criminal case?

&boxtimes; No.

7. Is there an additional entity likely to actively participate in this action?

&boxtimes; Yes, and this is the entity: Florida Department of Corrections (with respect to a subpoena and protective orders).

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

&boxtimes; Yes.

Signed:

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Counsel for Plaintiff*