UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,

    Plaintiff,

v.                                    Case No. 6:23-cv-1738-PGB-DCI

J. TEIXEIRA,

    Defendant.

_____

### Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference on 9/9/2024. Joshua Tarjan and Jessica Schwieterman attended the conference.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

   | Action or Event | Date |
   |---|---|
   | Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 9/23/2024 |

| | |
|---|---|
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a).* | 1/21/2025 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).   Plaintiff | 5/21/2025 |
| Defendant | 6/20/2025 |
| Rebuttal | 7/11/2025 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 8/11/2025 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | NA |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 9/1/2025 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Thomas H Bateman, III<br>Messer Caparello P.A.<br>2618 Centennial Place<br>Tallahassee, FL 32308<br>Tel. (850) 201-5221 | 10/1/2025 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 1/12/2026 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 1/19/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 1/26/2026 |
| Month and year of the trial term. | February 2026 |

The trial will last approximately 4 days and be

☒   jury.

☐   non-jury.

---

   * Plaintiff through discovery will investigate joining the five correctional officers alleged in the amended complaint to have participated in throwing Plaintiff against a wall.

2

3. **Description of the Action**

PLAINTIFF ALLEGES THAT DEFENDANT, A FLORIDA DEPARTMENT OF CORRECTIONS SERGEANT, VIOLATED HIS FIRST AND EIGHTH AMENDMENT RIGHTS WHEN DEFENDANT RIPPED UP HIS LEGAL PAPERS, THREATENED AND ATTEMPTED TO HAVE HIM KILLED, VIOLENTLY POKED HIM IN THE EYE, AND WITH OTHER OFFICERS THREW HIM INTO A WALL.

THIS IS A 42 U.S.C. §1983, FEDERAL CIVIL RIGHTS VIOLATIONS UNDER THE FIRST AND EIGHTH AMENDMENTS OF THE UNITED STATES CONSTITUTION, AS APPLIED TO THE STATES UNDER THE UNITED STATES CONSTITUTION'S FOURTEENTH AMENDMENT.

4. **Disclosure Statement**

☒ Each party has filed a disclosure statement using the required form.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☒ Yes.
☐ No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects:

Plaintiff:
1. Plaintiff's classification file, including grievances related to Defendant's ripping up Plaintiff's legal papers and physically attacking him;
2. Fixed wing video showing Defendant, other officers and orderlies approaching or leaving Defendant's cell area on August 8 and 9, 2021 ("Incident Dates");
3. Plaintiff's medical records;
4. Policies and procedures of the Florida Department of Corrections;
5. Defendant's personnel records;

      6. Personnel photos of officers on duty on August 9, 2021
      7. Duty and work assignment rosters for officers and orderlies on the Incident Dates.

   Defendant:
      1. Plaintiff's classification file, including grievances;
      2. Video with the Facility on the date of the incident;
      3. Plaintiff's medical records;
      4. Plaintiff's DR records including the hearing records and corrective consultations;
      5. Incident Reports relating to the Incident Dates, including but not limited to the MINS.

C. Discovery should be conducted in phases:

   ☒ No.
   ☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

   ☐ No.
   ☒ Yes; The parties agree that any special viewing software necessary for video or audio will be provided with the video or audio files. The parties agree to request and respond to discovery by email and specifically consent to email service in this case provided it is served on all persons registered for electronic court filing in this case; documents will be provided by email and standard electronic record transfer services to the extent possible.

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

   ☒ No.
   ☐ Yes; describe the stipulation.

5

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

| | |
|---|---|
| */s/ Joshua Tarjan* | */s/ Jessica Schwieterman* |
| Joshua Tarjan | Jessica Schwieterman |
| Florida Bar No. 107092 | Senior Assistant Attorney General |
| The Tarjan Law Firm P.A. | Florida Bar No. 116460 |
| 12372 SW 82 Avenue | Office of the Attorney General |
| Pinecrest, FL 33156 | 3507 E. Frontage Road, Suite 150 |
| josh@tarjanlawfirm.com | Tampa, FL 33607 |
| Tel.: (305) 423-8747 | T - (813) 233-2880; F - (813) 281-1859 |
| Mobile: (323) 243-3186 | Jessica.Schwieterman@myfloridalegal.com |
| Fax: (305) 842-4430 | |
| | *Attorney for Johnathan Teixeira, Defendant* |
| *Attorney for Gerrard Jones, Plaintiff* | |
| Date: 9/13/2024 | Date: 9/13/2024 |