UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,

      Plaintiff,

v.

J. TEIXEIRA,

      Defendant.

Case No. 6:23-cv-1738-PGB-DCI

## PLAINTIFF'S NOTICE OF MEDIATION

In their Case Management Report the parties identified their agreement to mediate this matter with Thomas H. Bateman, III of Messer Caparello, P.A. (Doc. 33), and the Court ordered a mediation deadline of August 14, 2025 (Doc. 34).

Plaintiff Gerrard Jones now provides notice that the parties will conduct mediation with Mr. Bateman via videoconference on August 7, 2025 commencing at 9:00 a.m. eastern time.

Dated: October 1, 2024.

Respectfully submitted,

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747

(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024, I electronically filed the foregoing

document with the Clerk by using the CM/ECF system, which will serve a copy

on all counsel of record.

By: */s/ Joshua Tarjan*
        Joshua Tarjan