UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                          Case No.  6:23-cv-1738-PGB-DCI

TEIXEIRA,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court on Plaintiff's Unopposed Motion for HIPAA-Qualified Protective Order (Doc. 38). Upon consideration, the motion (Doc. 38) is GRANTED. The Court will separately enter Plaintiff's proposed HIPAA-qualified protective order (Doc. 38-1 at 1–5).

**ORDERED** in Orlando, Florida on November 18, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record