### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GERRARD D. JONES**,

     Plaintiffs,

v.                                                    Case No.  **6:23-cv-1738-PGB-DCI**

**TEIXEIRA**,

     Defendants.

_____

## <u>Mediation Report</u>

The parties held a mediation conference on **August 7, 2025**, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒    lead counsel

☒    the parties or a party's surrogate satisfactory to the mediator

☒    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

_____

**2.    Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐    The parties completely settled the case.

☐    The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐    The parties agreed to continue the mediation conference.  The mediator will file another mediation report within seven days after the continued conference.

☒    The parties have reached an impasse.

**August 7, 2025.**

**/s/ Thomas H. Bateman III**
Thomas H. Bateman III
Mediator
Fla. Bar No. 349781
Circuit Civil Certification No. 21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720