UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,

      Plaintiff,

v.

J. TEIXEIRA,

      Defendant.

Case No. 6:23-cv-1738-PGB-DCI

## NOTICE OF SETTLEMENT

Plaintiff Gerrard Jones provides notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being processed. Defendant and Plaintiff require thirty (30) days in which to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendant will file a Joint Motion for Voluntary Dismissal of Plaintiff's claims against Defendant.

Dated: October 29, 2025      Respectfully Submitted,

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)

josh@tarjanlawfirm.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY the foregoing was filed electronically on 8/29/25 and served to counsel of record registered to be notified by the CM/ECF electronic mail system.

*<u>/s/ Joshua Tarjan</u>*