UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                                           Case No. 6:23-cv-01738-PGB-DCI

SERGEANT TEXIERA,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Settlement (Doc. 46), which advises the Court that the above-styled action has been settled, and that Plaintiff and Defendant require thirty days to complete the required settlement documentation, after which they "will file a Joint Motion for Voluntary Dismissal of Plaintiff's claims against Defendant." (Doc. 46 at 1).

Upon consideration, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-

open the case in accordance with Local Rule 3.09(b). All pending motions are **DENIED as moot**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record