UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERRARD JONES,

    Plaintiff,

v.

J. TEIXEIRA,

    Defendant.

Case No. 6:23-cv-1738-PGB-DCI

**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii).

Dated: _October 8, 2025_    Respectfully Submitted,

/s/ *Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Lead Counsel for Plaintiff*

JAMES UTHMEIER
ATTORNEY GENERAL

/s/ *Jessica Schwieterman*
Jessica Schwieterman
Senior Assistant Attorney General
Florida Bar No. 116460
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
T - (813) 233-2880; F - (813) 281-1859

Jessica.Schwieterman@myfloridalegal.com

*Lead Counsel for Defendant*

## CERTIFICATE OF SERVICE

I CERTIFY the foregoing was filed electronically on 10/8/25 and served to counsel of record registered to be notified by the CM/ECF electronic mail system.

*/s/ Joshua Tarjan*